United States District Court
For the Northern District of California

1

2

3          UNITED STATES DISTRICT COURT

4          NORTHERN DISTRICT OF CALIFORNIA

5          OAKLAND DIVISION

6

7    MICHAEL K. BROWN,

8                    Plaintiff,                    No. C 14-1479 PJH (PR)

9         vs.                                      **ORDER OF TRANSFER**

10   WHITTEN, et. al.,

11                   Defendants.

12   _____/

13         This is a civil rights case brought pro se by a state prisoner.  Plaintiff states that his

14   personal property was missing following his transfer from California Medical Facility to

15   Deuel Vocational Institute.  Named as defendants are several officials at California Medical

16   Facility.  Both of these prisons lie within the venue of the United States District Court for the

17   Eastern District of California.  Venue, therefore, properly lies in that district and not in this

18   one.  *See* 28 U.S.C. § 1391(b).

19         This case is **TRANSFERRED** to the United States District Court for the Eastern

20   District of California.  *See* 28 U.S.C. § 1406(a).  In view of the transfer, the court will not

21   rule upon plaintiff's request for leave to proceed in forma pauperis.

22         **IT IS SO ORDERED.**

23   Dated: April 2, 2014.

                                                   _____
24                                                 PHYLLIS J. HAMILTON
                                                   United States District Judge

25   G:\PRO-SE\PJH\CR.14\Brown1479.trn.wpd

26

27

28