UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL K. BROWN,<br><br>   Plaintiff,<br><br> v.<br><br>WHITTEN, et al.,<br><br>   Defendants. | No.  2:14-cv-0848 JAM KJN P<br><br><br>ORDER |

  Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On June 5, 2014, the undersigned dismissed plaintiff's complaint with thirty days to file an amended complaint.  Thirty days passed and plaintiff did not file an amended complaint.  Accordingly, on July 24, 2014, the undersigned recommended that this action be dismissed.

  On August 5, 2014, plaintiff filed objections to the findings and recommendations.  Plaintiff states that he did not receive the June 5, 2014 order dismissing his complaint with leave to amend.

  Good cause appearing, IT IS HEREB ORDERED that:

  1.  The July 24, 2014 findings and recommendations (ECF No. 13) are vacated;

  2.  The Clerk of the Court is directed to re-serve plaintiff with the June 5, 2014 order (ECF No. 10); and

1

3. Plaintiff is granted thirty days to file an amended complaint; failure to file an amended complaint will result in a recommendation of dismissal of this action.

Dated:  August 13, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Bro848.vac